AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

FID 11913531

**RECEIVED**

By USMS  District of Columbia District Court at 3:42 pm, Jan 22, 2026

United States of America
v.
Angel Anthony Rios (AKA: N/A)

*Defendant*

)
)
)
)
)
)
)

Case: 1:26-mj-00011
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 1/21/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Angel Anthony Rios                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2252(a)(2) (Distribution of Child Pornography).

Date:  _____01/21/2026_____

*Issuing officer's signature*

City and state:  _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/21/2026 , and the person was arrested on *(date)* 1/23/2026 at *(city and state)* Washington, D.C. |

Date: 1/23/26

*Arresting officer's signature*

Benjamin Burnheimer, Special Agent
*Printed name and title*