UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 26-cr-21 (BAH) |
| : | |
| **ANGEL ANTHONY RIOS,** : | |
| **Defendant.** : | |

**CONSENT MOTION TO SCHEDULE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion to schedule a status hearing and exclude time under the Speedy Trial Act. In support thereof, the government states as follows:

1. On January 23, 2026, the defendant was arrested pursuant to a complaint, which charged the defendant with one count of Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2). On January 28, 2026, Magistrate Judge Upadhyaya conducted a detention hearing and ordered the defendant's detention.

2. On February 6, 2026, a grand jury returned an indictment against the defendant, charging him with one count of Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2). At this time, there are no future dates scheduled in this matter.

3. The parties have conferred and would ask that the Court schedule a status hearing on March 2, March 3, or March 4. The parties are requesting dates in March due to scheduling conflicts for counsel and to provide defense counsel time to review discovery with the defendant.

4. The parties agree the exclusion of time under the Speedy Trial Act between the date of

this filing and the next status date is appropriate, would serve the interests of justice, and outweigh the interests of the public and the defendant in a speedy trial, and will allow the parties to continue to review discovery. Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from February 6, 2026, through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court schedule a status hearing in this matter and exclude time under the Speedy Trial Act.

                          Respectfully submitted,

                          JEANINE FERRIS PIRRO
                          UNITED STATES ATTORNEY

By:      */s/ Janani Iyengar*
           Janani Iyengar
           Assistant United States Attorney
           NY Bar No. 5225990
           U.S. Attorney's Office
           601 D Street, N.W.
           Washington, D.C. 20530
           202-252-7760
           janani.iyengar@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIMINAL NO. 26-cr-21 (BAH) |
| | : |
| **ANGEL ANTHONY RIOS,** | : |
| | : |
| Defendant. | : |

## ORDER

Based upon the representations in the government's Consent Motion to Schedule a Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that a status hearing in this matter will be scheduled on _____ at _____ a.m./p.m.; and it is further

**ORDERED** that the time between February 6, 2026, and _____ be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding time until the status hearing outweighs the best interests of the public and the defendant in a speedy trial, as the parties continue to review discovery.

_____
THE HONORABLE JUDGE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE